UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARMANDO A. MARROQUIN, | ) NO. CV 17-5354-DDP (AGR) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| T. HENNE, CDCR CAPTAIN, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) Plaintiff's access-to-the-courts claims are dismissed with leave to amend; and (2) the Clerk is directed to provide Plaintiff with a blank civil rights complaint form.

If Plaintiff chooses to file a Second Amended Complaint, it must be filed within 30 days after entry of the this Court's Order, it must bear the docket number assigned to this case, be labeled "Second Amended Complaint," and be complete in and of itself without reference to the First Amended Complaint, attachment, pleading or other document.

If Plaintiff elects not to file a Second Amended Complaint, this case would proceed based on the claims for denial of kosher meals, retaliation and inadequate medical care.

This matter is referred back to the Magistrate Judge for further proceedings.

DATED: 8/30/2019

DEAN D. PREGERSON
United States District Judge