JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO A. MARROQUIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. HENNE, et al.,<br><br>　　　　Defendants. | NO. CV 17-5354 DDP (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order of Dismissal,

　　IT IS ADJUDGED that judgment is entered in favor of all Defendants and this action is dismissed with prejudice.

DATED: April 15, 2024

_____
DEAN D. PREGERSON
United States District Judge